No. D–796.   IN RE DISBARMENT OF CANNON.   It is ordered that Glenn Dale Cannon, of Gulfport, Miss., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–797.   IN RE DISBARMENT OF RIPES.   It is ordered that Lawrence Ripes, of Northbrook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–798.   IN RE DISBARMENT OF ZEALY.   It is ordered that Michael Edwin Zealy, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–799.   IN RE DISBARMENT OF DAVIS.   It is ordered that Arvin Lee Davis, of Kalamazoo, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–800.   IN RE DISBARMENT OF KLAN.   It is ordered that William Francis Xavier Klan, of Danbury, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–801.   IN RE DISBARMENT OF JACOBSON.   It is ordered that Robert George Jacobson, of Port Charlotte, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–802.   IN RE DISBARMENT OF ROLLMAN.   It is ordered that Warren E. Rollman, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.